1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Aguilar,<br><br>    Plaintiff,<br><br>    v.<br><br>Coast to Coast Computers Products, Inc.; United Healthcare Services, Inc.; and DOES 1-10,<br><br>    Defendants. | Case No. 2:23-cv-03996-MCS-E<br><br>**JUDGMENT [JS-6]** |

1

1    Pursuant to this Court's Order Re: Motion to Dismiss, it is hereby ordered,
2  adjudged, and decreed that judgment is entered on all claims in favor of Defendant
3  United Healthcare Insurance Company and against Plaintiffs Minimally Invasive
4  Surgical Associates and Advanced Weight Loss Surgical Associates, who shall take
5  nothing from their action against Defendant. The action is dismissed with prejudice.

7  **IT IS SO ORDERED.**

9   Dated: August 7, 2024

 _____
   MARK C. SCARSI
   UNITED STATES DISTRICT JUDGE